## **CERTIFICATE OF SERVICE**

      I, Tad A. Semons, hereby certify that true and correct copies of the attached 'Amended Schedule J' were served via the Court's Electronic Case Filing System on these entities and individuals who are listed below:

Office of the U.S. Trustee
 (Electronic Service)

Frank M. Pees, Chapter 13 Trustee
(Electronic Service)

Jason & Shonda Beebe
5099 Brush Ridge Ct.
Columbus, OH 43228
 (Regular U.S. Mail)

On the 21st day of July, 2017.


                                        */s/Tad A. Semons*
                                        Tad A. Semons #0069743
                                        Attorney for Debtors
                                        85 E. Gay St. #903
                                        Columbus, OH 43215
                                        614-228-1930/f. 614-228-1933
                                        tadsemons@att.net